UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MICHAEL MASSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:16-CV-01137-BJD-PDB |
| | ) |
| MEDICAL SERVICES OF | ) |
| CHATTANOOGA, INC. d/b/a PATIENT | ) |
| FINANCIAL SERVICES, INC. AND | ) |
| FLORIDA HOSPITAL HEALTHCARE | ) |
| SYSTEM, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ANSWER OF FLORIDA HOSPITAL HEALTHCARE SYSTEM, INC.

Defendant, FLORIDA HOSPITAL HEALTHCARE SYSTEM, INC. ("FHHS"), by and through its undersigned counsel, answers the Complaint [Doc. No. 1] filed by the Plaintiff, Michael Masse (the "Plaintiff") and states as follows:

### INTRODUCTION

1. FHHS is without knowledge with respect to the allegations contained in paragraph 1.

2. FHHS is without knowledge with respect to the allegations contained in paragraph 2.

3. FHHS is without knowledge with respect to the allegations contained in paragraph 3.

4. FHHS is without knowledge with respect to the allegations contained in paragraph 4.

## JURISDICTION & VENUE

5. FHHS admits the allegations contained in paragraph 5 for jurisdictional purposes only.

6. FHHS admits the allegations contained in paragraph 6 for jurisdictional purposes only.

7. FHHS admits that it transacts business in the District but is without knowledge with respect to the remainder of the allegations contained in paragraph 7.

## FACTUAL ALLEGATIONS

8. FHHS is without knowledge with respect to the allegations contained in paragraph 8.

9. FHHS is without knowledge with respect to the allegations contained in paragraph 9.

10. FHHS is without knowledge with respect to the allegations contained in paragraph 10.

11. FHHS denies the allegations contained in paragraph 11.

12. FHHS is without knowledge with respect to the allegations contained in paragraph 12.

13. FHHS is without knowledge with respect to the allegations contained in paragraph 13.

14. FHHS denies the allegations contained in paragraph 14.

15. FHHS is without knowledge with respect to the allegations contained in paragraph 15.

16. Admitted.

17. FHHS denies the allegations contained in paragraph 17.

18. FHHS denies the allegations contained in paragraph 18.

19. FHHS is without knowledge with respect to the allegations contained in paragraph 19.

20. FHHS denies the allegations contained in paragraph 20.

21. FHHS denies the allegations contained in paragraph 21.

22. FHHS denies the allegations contained in paragraph 22.

23. FHHS denies the allegations contained in paragraph 23.

24. FHHS denies the allegations contained in paragraph 24.

25. FHHS is without knowledge with respect to the allegations contained in paragraph 25.

26. FHHS denies the allegations contained in paragraph 26.

27. FHHS is without knowledge with respect to the allegations contained in paragraph 27.

28. FHHS is without knowledge with respect to the allegations contained in paragraph 28.

29. FHHS is without knowledge with respect to the allegations contained in paragraph 29.

30. FHHS denies the allegations contained in paragraph 30.

31. FHHS is without knowledge with respect to the allegations contained in paragraph 31.

32. FHHS denies the allegations contained in paragraph 32.

33. FHHS denies the allegations contained in paragraph 33.

34. FHHS denies the allegations contained in paragraph 34.

35. FHHS denies the allegations contained in paragraph 35

36. FHHS denies the allegations contained in paragraph 36.

37. FHHS denies the allegations contained in paragraph 37.

38. FHHS denies the allegations contained in paragraph 38.

39. FHHS denies the allegations contained in paragraph 39.

40. FHHS denies the allegations contained in paragraph 40.

41. FHHS denies the allegations contained in paragraph 41.

42. FHHS denies the allegations contained in paragraph 42.

43. FHHS denies the allegations contained in paragraph 43.

44. FHHS is without knowledge with respect to the allegations contained in paragraph 44.

45. FHHS is without knowledge with respect to the allegations contained in paragraph 45.

46. FHHS is without knowledge with respect to the allegations contained in paragraph 46.

47. FHHS is without knowledge with respect to the allegations contained in paragraph 47.

48. FHHS is without knowledge with respect to the allegations contained in paragraph 48.

49. FHHS is without knowledge with respect to the allegations contained in paragraph 49.

## COUNT I
### (Violation of the TCPA)

50. FHHS realleges and reincorporates the answers to paragraphs 1-49 as if stated herein.

51. FHHS denies the allegations contained in paragraph 51.

52. FHHS denies the allegations contained in paragraph 52.

## COUNT II
### (Vicarious Liability – Defendant, Florida Hospital Healthcare System, Inc.)

53. FHHS realleges and reincorporates the answers to paragraphs 1-49 as if stated herein.

54. FHHS denies the allegations contained in paragraph 54.

55. FHHS denies the allegations contained in paragraph 55.

56. FHHS denies the allegations contained in paragraph 56.

57. FHHS is without knowledge with respect to the allegations contained in paragraph 57.

## **AFFIRMATIVE DEFENSES**

### *Count I - Failure to State a Cause of Action*

The Plaintiff has failed to state a cause of action under the TCPA because: i) FHHS did not make, or cause in any way, any calls using an automatic telephone dialing system or an artificial or prerecorded voice to the Plaintiff's cellphone. Furthermore, none of FHHS's agents, employees, or subsidiaries of any kind, made any calls using an automatic telephone dialing system or an artificial or prerecorded voice to the Plaintiff's cellphone

### *Counts I and II - No Damage*

To the extent the Plaintiff suffered any purported damages, such damages were not

caused by any action or inaction of FHHS, it agents, employees or subsidiaries of any kind.

### *Counts I and II - Statute of Limitations*

Any call by FHHS occurred beyond the statute of limitations in 28 U.S.C. § 1658(a).

### *Counts I and II- Prior Express Consent*

Any call by FHHS, or its agents, employees or subsidiaries of any kind, were made with the express consent of the patient and to the number he provided to FHHS.

### *Count II- Failure to State a Cause of Action*

FHHS is not the parent of MEDICAL SERVICES OF CHATTANOOGA, INC. ("MSC"), FHHS does not control MSC, and MSC is not an agent, employee, or subsidiary of any kind of FHHS. Therefore, FHHS cannot be liable for vicarious liability of any action by MSC.

FHHS hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pretrial proceedings of this case and hereby reserves its right to amend its Answer and assert such defenses.

DATED this 3rd day of November, 2016.

> */s/ John M. Brennan, Jr.*
> JOHN M. BRENNAN, JR.
> Florida Bar No. 098456
> E-Mail:  jack.brennan@gray-robinson.com
> Gray Robinson, P.A.
> 301 E. Pine Street, Suite 1400
> Post Office Box 3068
> Orlando, Florida 32802
> (407) 843-8880 Telephone
> (407) 244-5690 Facsimile
> Counsel for Defendant
> FLORIDA HOSPITAL HEALTHCARE SYSTEM, INC.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail to Attorney Jared Lee, Counsel for Plaintiff, at Jlee@forthepeople.com on this 3rd day of November, 2016.

                           */s/ John M. Brennan, Jr.*
                           JOHN M. BRENNAN, JR.