UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL MASSE,

   Plaintiff,

v.                                           CASE NO.: 3:16-cv-01137-BJD-PDB

MEDICAL SERVICES OF CHATTANOOGA
INC. d/b/a PATIENT FINANCIAL
SERVICES, INC. and FLORIDA HOSPITAL
HEALTHCARE SYSTEM, INC.,

   Defendant.
_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Michael Masse, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Michael Masse, and Defendant, Medical Services of Chattanooga Inc. d/b/a Patient Financial Services, Inc., have reached a settlement with regard to Medical Services of Chattanooga Inc. d/b/a Patient Financial Services, Inc., and are presently drafting, finalizing, and formalizing such. This settlement impacts a portion of Plaintiff's claims against Florida Hospital Healthcare System, Inc., but does not fully resolve such. Upon execution of the same and certain terms of the agreement, Plaintiff and Medical Services of Chattanooga Inc. d/b/a Patient Financial Services, Inc. will file the appropriate dismissal documents to dismiss Medical Services of Chattanooga Inc. d/b/a Patient Financial Services, Inc. with prejudice.

                                                                   /s/ Jared M. Lee
                                                                   Jared M. Lee, Esquire

Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Tele: (407) 420-1414
Fax: (407) 245-3485
Florida Bar No.: 0052284
JLee@ ForThePeople.com
MHoilett@ForThePeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY on this 6th day of March 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Jacksonville Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Rachel M. Ortiz, Esq.
Florida Bar No.: 83842
ortiz@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Counsel for Defendant, Medical Services of Chattanooga, Inc. d/b/a Patient Financial Services, Inc.*

Ernest H. Kohlmyer, III, Esq.
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
Fax: (407) 245-8361

*Counsel for Defendant, Medical Services
of Chattanooga, Inc. d/b/a Patient
Financial Services, Inc.*

John M. Brennan, Jr.
Florida Bar No.: 098456
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Fax: (407) 244-5690
jack.brennan@gray-robinson.com
*Counsel for Defendant, Florida Hospital Healthcare System, Inc.*

      */s/ Jared M. Lee*
    Jared M. Lee, Esquire