UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL MASSE,

   Plaintiff,

v.   CASE NO.: 3:16-cv-01137-BJD-PDB

MEDICAL SERVICES OF CHATTANOOGA
INC. d/b/a PATIENT FINANCIAL
SERVICES, INC. and FLORIDA HOSPITAL
HEALTHCARE SYSTEM, INC.,

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Michael Masse, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Michael Masse, and Defendant, Florida Hospital Healthcare System, Inc., have reached a settlement and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

     /s/ *Jared M. Lee*
     Jared M. Lee, Esquire
     Morgan & Morgan, P.A.
     20 N. Orange Avenue
     Suite 1600
     Orlando, FL 32801
     Tele:  (407) 420-1414
     Fax:  (407) 245-3485
     Florida Bar No.:  0052284
     JLee@ ForThePeople.com
     MHoilett@ForThePeople.com
     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY on this 1st day of November 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Jacksonville Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Rachel M. Ortiz, Esq.
Florida Bar No.: 83842
ortiz@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Counsel for Defendant, Medical Services of Chattanooga, Inc. d/b/a Patient Financial Services, Inc.*

Ernest H. Kohlmyer, III, Esq.
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Counsel for Defendant, Medical Services of Chattanooga, Inc. d/b/a Patient Financial Services, Inc.*

John M. Brennan, Jr.
Florida Bar No.: 098456
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802

Telephone: (407) 843-8880
Fax: (407) 244-5690
jack.brennan@gray-robinson.com
*Counsel for Defendant, Florida Hospital Healthcare System, Inc.*

                                               */s/ Jared M. Lee*
                                               Jared M. Lee, Esquire